McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>VINCENZO EVANGELISTA<br><br>            Defendant. | CASE NO. 06-MJ-0176 DAD<br><br>MOTION TO DISMISS CRIMINAL COMPLAINT AND CANCEL WARRANT; ORDER |

On June 23, 2006, this court issued a warrant for the arrest of defendant Vincenzo Evangelista based upon a complaint filed that day charging him with unlawful flight to avoid prosecution, in violation of § 1073 of Title 18 of the United States Code.

Defendant Evanglista resides in Italy.  The Yolo County District Attorney's Office now declines to extradite defendant Evangelista.  Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government respectfully requests that this court

1

1 | dismiss the complaint and cancel the arrest warrant in the above-
2 | captioned matter.

3 | Date: December 16, 2008          McGREGOR W. SCOTT
                                     United States Attorney
4
5 |                            By:   /s/ Camil A. Skipper
                                     CAMIL A. SKIPPER
6 |                                  Assistant U.S. Attorney
7
8 |                              **O R D E R**
9
10 | **APPROVED AND SO ORDERED.**
11 | Dated:   December 16, 2008.     _____
                                     EDMUND F. BRENNAN
12 |                                 UNITED STATES MAGISTRATE JUDGE

2